Oscar Enrique **MARTINEZ;** Lorena Barbara Moyo Casarrubias, Petitioners,

v.

Alberto R. **GONZALES,** Attorney General, Respondent.

No. 05–75948.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007.[*]

Filed April 24, 2007.

Sung U. Park, Esq., Los Angeles, CA, Oscar Enrique Martinez, Lorena Barbara Moyo Casarrubias, Garden Grove, CA, for Petitioners.

CAC–District Counsel, Esq., Office of The District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Jeffrey Leist, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER, and BEA, Circuit Judges.

MEMORANDUM [**]

Oscar Enrique Martinez and Lorena Barbara Moyo Casarrubias seek review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying their applications for cancellation of removal. We review de novo claims of constitutional violations in immigration proceedings. *See Ram v. INS,* 243 F.3d 510, 516 (9th Cir.2001). We dismiss in part and deny in part the petition for review.

The petitioners' contention that the agency violated their due process rights by disregarding evidence of hardship does not amount to a colorable constitutional claim. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005) ("traditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

We are not persuaded that the petitioners' removal results in the deprivation of their children's rights. *See Cabrera–Alvarez v. Gonzales,* 423 F.3d 1006, 1012–13 (9th Cir.2005).

The petitioners' motion for stay of removal is denied.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.